UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DARIEN PUGHE,

           Plaintiff,

-v-

DAVID A. PATTERSON,

           Defendant.
------------------------------------------------------------x

**ORDER AND CIVIL JUDGMENT**
09-CV-1755 (CBA)

AMON, United States District Judge:

By memorandum and order dated June 15, 2009, this Court granted plaintiff permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, denied plaintiff's request for appointment of pro bono counsel and dismissed plaintiff's claims against Governor David A. Patterson pursuant to 28 U.S.C. § 1915A(b). The memorandum and order further granted plaintiff thirty (30) days leave to amend his complaint to clarify whom he intends to name as defendants. Plaintiff was advised that if he failed to submit an amended complaint within the allowed time, the Court would enter a judgment dismissing the complaint. By letter dated July 5, 2009, plaintiff notified this Court of a new address. On July 22, 2009, the Court's June 15, 2009, memorandum and order, was re-sent to plaintiff at the address plaintiff provided. More than thirty days have elapsed and plaintiff has failed to respond to the Court's order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the complaint is hereby dismissed. 28 U.S.C. § 1915A(b). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

                                                               /S/
                                                  CAROL B. AMON
                                                  United States District Judge

Dated: Brooklyn, New York
      November 10, 2009